# United States District Court
## Eastern District of California

**UNITED STATES OF AMERICA**          **CRIMINAL COMPLAINT**

V.

**BRIAN DOUGLAS JOHNSON**          **DOCKET NUMBER:**

I, legal intern Daniel Negless, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Brian Douglas JOHNSON did:

**Count 1:** Possess a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Be present in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(b)(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possess alcohol in a park area (Stoneman Bridge) that is closed to the possession of open containers of alcohol, in violation of the Yosemite National Park Compendium, pursuant to Title 36 Code of Federal Regulations § 2.35(a)(3)(i).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am a legal intern and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On June 6, 2014, at approximately 2355 hours, in Yosemite National Park, Ranger Cullen Tucker was on road patrol traveling eastbound on Stoneman Bridge when he observed two adult males on the east wall of Stoneman Bridge. The first male was sitting on the bridge's east wall and the second male, later identified as Brian Douglas JOHNSON, was standing closely over the first male pointing his right index finger about three inches from the first males face. JOHNSON appeared to be yelling at the first. Ranger Tucker also observed an opened 12 oz. Bud Light beer bottle protruding out of a plastic candy jar next to the second male. Stoneman Bridge is closed to opened containers of alcohol. Ranger Tucker contacted the two males.

Ranger Tucker observed that JOHNSON'S eyes were red, bloodshot and glassy, and that his speech was slurred and almost undiscernible. Ranger Tucker observed JOHNSON to be unsteady and unbalanced on his feet, and swaying back and forth about three inches from center. Ranger Tucker smelled the strong odor of alcohol emanating from his person.

Ranger Tucker asked the first male if he and JOHNSON were having a verbal argument, which the male denied, stating, "no, he (JOHNSON) just has anger and anxiety problems." Ranger Tucker asked the man how much alcohol JOHNSON had consumed, to which he responded, "at least six beers." The male then admitted to Ranger Tucker that he was having an argument with JOHNSON.

In response to Ranger Tucker's questions, JOHNSON stated he had consumed six beers, and that the opened Bud Light beer bottle was his. Ranger Tucker smelled the strong odor of burnt marijuana about JOHNSON'S person, and asked whether JOHNSON had smoked any marijuana, which JOHNSON denied.

When asked about his plans for the night, JOHNSON first stated that he was staying at Curry Village tent cabin 343, then immediately stated it was Curry Village tent cabin 347. Ranger Tucker asked JOHNSON which cabin was his. JOHNSON replied "One of those."

Ranger Tucker asked JOHNSON to provide a preliminary breath sample. JOHNSON unsuccessfully tried three times to provide a breath sample. Ranger Tucker placed JOHNSON under arrest.

During the search incident to the arrest, Ranger Tucker found 0.2 grams of marijuana in JOHNSON shirt pocket. JOHNSON told Ranger Tucker that he smoked marijuana three hours prior. At the Yosemite Holding Facility at 0030 hours, JOHNSON consented to a preliminary breath alcohol test, which yielded a BrAC of 0.218.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

07/09/2014
Date

Daniel Negless
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, this 4th day of December, 2012, in Yosemite National Park, California.

Speedy Trial Act Applies: **No**

U.S. v. Brian Douglas Johnson
Criminal Complaint

Case 6:14-mj-00063-MJS   Document 1   Filed 07/15/14   Page 3 of 3

7/9/14
Date

_____
Honorable Michael J. Seng
U.S. Magistrate Judge
Eastern District of California


Speedy Trial Act Applies: **No**

U.S. v. **Brian Douglas Johnson**
Criminal Complaint

Page **3** of **3**
